**STATE of Missouri, Respondent,**

v.

**Clifton A. GABAREE, Appellant.**

**No. WD 63054.**

Missouri Court of Appeals,
Western District.

March 15, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 2005.

Application for Transfer Denied
June 21, 2005.

Jeannine Marie Willibey, Kansas City,
for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Deborah Daniels and Shaun Mackelprang,
Office of Attorney General, Jefferson City,
for Respondent.

Before PAUL M. SPINDEN, Presiding
Judge, VICTOR C. HOWARD, Judge, and
THOMAS H. NEWTON, Judge.

### ORDER

Clifton A. Gabaree appeals the circuit court's judgment convicting him of three counts of statutory sodomy in the first degree, three counts of child molestation in

the first degree, and six counts of abuse of a child. We affirm. Rule 30.25(b).